IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-03147-RPM

CAROL HEINRICH,

    Plaintiff,

v.

SCHOOL DISTRICT NUMBER 1, in the CITY AND COUNTY OF DENVER a/k/a DENVER PUBLIC SCHOOLS,

    Defendant.

_____

### ORDER GRANTING MOTION TO FILE AMENDED COMPLAINT
_____

Upon review of Plaintiff's Motion for Leave to File Amended Complaint and Jury Demand [14] filed June 17, 2014, and Defendant's Consent to Amendment of Complaint [15], it is

ORDERED that the motion to amend is granted and the Amended Complaint tendered as Doc. 14-1 is accepted for filing.

DATED:   June 20th, 2014

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge