IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-03147-RPM

CAROL HEINRICH,

    Plaintiff,

v.

SCHOOL DISTRICT NUMBER 1, in the CITY AND COUNTY OF DENVER a/k/a DENVER PUBLIC SCHOOLS,

    Defendant.

_____

## JUDGMENT
_____

Pursuant to the Order of Dismissal entered by Senior Judge Richard P. Matsch on July 28, 2014, it is

ORDERED AND ADJUDGED that this civil action is dismissed. Defendants are awarded costs upon the filing of a bill of costs within 14 days.

DATED:   July 28th, 2014

                FOR THE COURT:

                JEFFREY P. COLWELL, Clerk

                    s/M. V. Wentz
            By_____
                    Deputy